# JS-6

**UNITED STATES DISTRICT COURT,**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZULMAI NAZARZAI, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF ORANGE, a Government Entity, ORANGE COUNTY SHERIFF'S DEPARTMENT, SANDRA HUTCHENS, SHERIFF-CORONER, individually and in her representative capacity, DEPUTY BEN GARCIA, individually and in his representative individual and representative capacities, <br><br> Defendants. | Case No. 8:17-CV-01884-AG-AGR <br><br> **JUDGMENT, FOLLOWING NON-JURY TRIAL** <br><br> Trial Date: August 27, 2019 |

## JUDGMENT, FOLLOWING NON-JURY TRIAL

Pursuant to the Court's December 30, 2019 **MEMORANDUM OF DECISION WITH FINDINGS OF FACT AND CONCLUSION OF LAW** (Document 110), Plaintiff Zulmai Nazarzai shall recover nothing herein, from Defendants County of Orange, the Orange County Sheriff-Coroner Department, Sandra Hutchens and/or Ben Garcia (collectively sometimes "Defendants").

///

Therefore, and pursuant to *Federal Rule of Civil Procedure* ("FRCP") 58 and Local Rule ("L.R.") 58, Defendants County of Orange, the Orange County Sheriff-Coroner Department, Sandra Hutchens, Ben Garcia, and each of them, shall have JUDGMENT against Plaintiff Zulmai Nazarzai, together with Defendants' Costs, pursuant to FRCP 54 and L.R. 54.

It is so ORDERED, DECREED and ADJUDGED.

Dated: January 14, 2020  _____
Andrew J. Guilford,
United States District Judge